No. 01–8177. ADAMS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–8180. BAILEY v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–8182. HISTON v. SMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8183. BUNKER v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–8185. DRAEGER v. TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 01–8186. MOORE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8188. JONES v. CITY OF AKRON DEPARTMENT OF PUBLIC HEALTH HOUSING APPEALS BOARD. Ct. App. Ohio, Summit County. Certiorari denied.

No. 01–8191. PERKINS v. THOMS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8192. McCARTER v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 01–8193. LOWDEN v. LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 01–8198. KULAS v. FLORES. C. A. 9th Cir. Certiorari denied.

No. 01–8201. CARPENTER v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 01–8204. JACOBS v. McCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–8211. SMITH v. TURNER, WARDEN. C. A. 5th Cir. Certiorari denied.